JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MELGAR-CABRERA,<br><br>Petitioner,<br><br>v.<br><br>B. LAMMER, Warden,<br><br>Respondent. | Case No. 5:23-cv-02362-JWH-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition in this matter is **DENIED**.
2. The action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: July 10, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE